BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1, TOWN OF CLARKSTOWN, Appellant, v. STANLEY P. CRACOVIA, as President of Clarkstown Teachers' Association, et al., Respondents.—

852

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.